

**Merson Law, PLLC**
950 Third Avenue, 18th Floor
New York, NY 10022
212-603-9100
Facsimile 347-441-4171
www.mersonlaw.com
Please mail all correspondence to NY office

**Merson Law, PLLC**
Pennsylvania Office
1525 Locust Street, 19th Floor
Philadelphia, PA 19102

September 29, 2021

**Sent Via ECF**
Honorable Mary Kay Vyskocil
United States District Judge
Southern District of New York
500 Pearl Street, Room 2230
New York, New York 10007
VyskocilNYSDChambers@nysd.uscourts.gov

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/4/2021

Re:   *Frederick Felicien v. United States of America, et al.* (1:20-cv-10561)

Dear Judge Vyskocil:

This firm represents the Plaintiff Frederick Felicien (hereinafter "Plaintiff") in the above-captioned action. Please accept this letter as Plaintiff's letter motion seeking that the Motion to Compel filed herewith be deemed sealed, as requested by Defendant United States of America.

Thank you for Your Honor's attention to this matter.

Respectfully submitted,
MERSON LAW, PLLC
_____/s/_____
Jordan K. Merson, Esq.
*Counsel for Plaintiff*
950 Third Ave., 18th Fl.
New York, New York 10022
Tel: (212) 603-9100
Email: jmerson@mersonlaw.com

**GRANTED. Plaintiff may file its Motion to Compel under seal pending further order from this Court. Any opposition or reply may also be filed under seal pending further order from this Court. SO ORDERED.**

Date: 10/4/2021
New York, New York

*Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge

1