UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/21/2022____

FREDERICK FELICIEN,

                Plaintiff,

       -against-

UNITED STATES OF AMERICA,

                Defendant.

1:20-cv-10561-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

On April 14, 2021, the Court entered the Parties' Case Management Plan, setting out information to be provided to the Court one week in advance of a post-discovery conference. [ECF No. 56].  By joint request of the Parties, the time to complete expert discovery was extended by the Court, and the Court scheduled a post-discovery conference for January 26, 2022 at 2:30pm.  [ECF Nos. 88-89].  Pursuant to the Case Management Plan [ECF No. 56], and the Court's Individual Rules, the Parties were to submit a joint status letter one week in advance of the conference.  The Parties have not done so.

IT IS HEREBY ORDERED that the post-discovery conference currently scheduled for January 26, 2022 is adjourned to February 16, 2022 at 11:00am.  The Parties are admonished to comply with the Court's Orders and Individual Rules.

**SO ORDERED.**

**Date:  January 21, 2022**
      **New York, NY**

_Mary Kay Vyskocil_
**MARY KAY VYSKOCIL**
**United States District Judge**

1