UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FREDERICK FELICIEN,

                Plaintiff,

-v-

               CIVIL ACTION NO.:
               20 Civ. 10561 (MKV)(SLC)

UNITED STATES OF AMERICA,

                **ORDER**

                Defendant.

**SARAH L. CAVE,** United States Magistrate Judge.

This action has been referred to the undersigned for settlement. (ECF No. 97). Accordingly, a Telephone Conference to schedule a Settlement Conference is scheduled for **Wednesday, March 16, 2022 at 11:00 am** on the Court's conference line. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time. The parties shall be prepared to discuss their availability, and that of their clients, for a Settlement Conference, as well as their preferred format for the Settlement Conference (in-person, by telephone, or by videoconference hosted either by the Court on Microsoft Teams or by the parties on an alternative platform).

Dated:     New York, New York
            February 9, 2022

                                               SO ORDERED.

                                               _____
                                               SARAH L. CAVE
                                               **United States Magistrate Judge**